UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA S., | ) | CIVIL ACTION NO. 4:22-CV-823 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk of Court shall enter judgment in Plaintiff's favor and against the Acting Commissioner.

(4) The Clerk of Court shall thereafter CLOSE this case.

Date: September 27, 2023          BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge